UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America

Vs. Case No. CR03-119-02T

Jorge Cintron

**EXHIBIT RECEIPT**

**Government's** Sentencing Exhibit(s) - #1

David A. DiMarzio, Clerk

Signature of Attorney
Date: 2-26-08

Deputy Clerk