UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 03-119 T

JORGE CINTRON :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Jorge Cintron, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Jorge Cintron,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Richard F. Rose, AUSA and on Kristin Mattias, USPO on the 29th day of April, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 03-119 T

JORGE CINTRON :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Jorge Cintron, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 358( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On August 12, 2004, he was sentenced to a term of 70 months imprisonment after having entered a guilty plea to one count of conspiracy to possess with intent to distribute heroin and cocaine base and three counts of distribution of cocaine base. The sentence represented the low end of a guideline range fo 70 to 87 months.

2. Based upon amendments to U.S.S.G. §§ 1B1.10 and 2D1.1, effective March 3, 2008 and May 1, 2008, the defendant is eligible to have his guideline range reduced to a range of 57 to 71 months of imprisonment.

Wherefore, the defendant prays that this Honorable Court reduce his sentence to 57 months imprisonment, or time served as of April 8, 2008, whichever is shorter.

Jorge Cintron,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Richard F. Rose, AUSA and on Kristin Mattias, USPO on the 29th day of April, 2008.

/s/ Edward C. Roy, Esquire