# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

United States of America )
v. )
**Jorge Cintron** ) Case No: **1:03-CR-00119-02T**
**a/k/a Georgie Canales** ) USM No: **05425-070**
Date of Previous Judgment: **8/18/2004** ) **Edward C. Roy, Jr., Esq.**
) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **70** months **is reduced to** **time served as of 6/1/2008** .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: **27** Amended Offense Level: **25**
Criminal History Category: **I** Criminal History Category: **I**
Previous Guideline Range: **70** to **87** months Amended Guideline Range: **57** to **71** months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✔ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **8/18/2004** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/21/08 Ernest C Torres
Judge's Signature

Effective Date: **6/1/2008** **Ernest C. Torres, Senior US District Court Judge**
(If different from order date) Printed Name and Title